# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CANS-TO-GO, LLC,

                    Plaintiff,

v.                                                    Case No. 25-CV-1879-JPS

JACKPOT, LLC,

                    Defendant.                        **ORDER**

On July 8, 2026, the parties filed a stipulation for entry of a consent judgment and permanent injunction. ECF No. 13. The Court has reviewed the proposed terms and has no quarrel with them. The Court will, therefore, adopt the parties' stipulation and enter their proposed consent judgment and permanent injunction, attached to the stipulation at ECF No. 13-1. The judgment will be docketed separately.

The parties request both that the case be dismissed and that the Court retain jurisdiction over this matter to enforce their agreement. ECF No. 13 at 2–3; ECF No. 13-1 at 4. The Court will do both.[1] *See Chavez v. Hat World, Inc.*, No. 12 C 5563, 2012 WL 6138824, at *4 (N.D. Ill. Dec. 11, 2012) ("District courts may retain jurisdiction over a case even after the parties have settled and the case has been dismissed without prejudice, to enforce the terms of the settlement agreement." (citing *Collins v. Educ. Therapy Ctr.*,

---

[1]The Court notes that the dismissal must operate without prejudice in order for the Court to retain jurisdiction. *See Natkin v. Winfrey*, No. 99 C 5367, 2015 WL 8484511, at *3 (N.D. Ill. Dec. 8, 2015) ("[W]hen a suit is dismissed with prejudice, it is gone, and the district court cannot adjudicate disputes arising out of the settlement that led to the dismissal merely by stating that it is retaining jurisdiction." (quoting *Dupuy v. McEwen*, 495 F.3d 807, 809 (7th Cir. 2007)).

184 F.3d 617, 620 (7th Cir. 1999))). The parties do not provide a time limit for the Court's retention of jurisdiction, so the Court will retain jurisdiction for two years from the date on which the consent judgment is entered.

Accordingly,

**IT IS ORDERED** that the parties' stipulation for entry of consent judgment and permanent injunction, ECF No. 13, be and the same is hereby **ADOPTED**; the Clerk of Court shall enter judgment in favor of Plaintiff according to the terms set forth in the parties' proposed consent judgment and permanent injunction, ECF No. 13-1;

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the consent judgment for a period of two (2) years from the date on which the consent judgment is entered; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge